# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMIE DEAN,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84554

**FILED**

JUL 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a motion to quash parole and probation bench warrant and issue a dishonorable discharge from probation. Eighth Judicial District Court, Clark County; Carli Lynn Kierny, Judge.

On April 19, 2022, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. When appellant failed to comply with the court's order, on May 26, 2022, this court directed appellant to file a response to the show-cause order within 14 days. To date, appellant has failed to file a response or otherwise communicate with this court. This court concludes it lacks jurisdiction to consider this appeal, *see Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for an appeal), and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-21523

cc: Hon. Carli Lynn Kierny, District Judge
Mueller & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A